Form 210A (12/09)

# United States Bankruptcy Court

NORTHERN DISTRICT OF CA

In Re: BURKE SR; COURTLEN CEDRIC          Case No. 0970845

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC | NATIONAL CAPITAL MANAGEMENT, LLC. |
| ---------------------------------------- | ------------------------------------------ |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: <br> POB 41067 <br> Norfolk, VA 23541 | Court Claim # (if known): 01 <br> Amount of Claim: $7,039.84 <br> Date Claim Filed: 12/09/2009 |
| Phone: (877)829-8298 <br> Last Four Digits of Acct # : 7521 | Phone: <br> Last Four Digits of Acct #: |
| Name and Address where transferee payments Should be sent (if different from above) <br> POB 12914 <br> Norfolk, VA 23541 | Seller Information <br> NATIONAL CAPITAL MANAGEMENT, LLC <br> 8245 Tournament Drive Suite 230 <br> Memphis TN 38125 |
| Phone: (877)829-8298 <br> Last Four Digits of Acct # : 7521 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Dolores Garcia          Date: 1/31/2013
     -------------------------------------------
     Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# BILL OF SALE AND ASSIGNMENT INSTRUMENT
(Portfolio Assets)

THIS BILL OF SALE AND ASSIGNMENT INSTRUMENT is entered into as of the 21st day of December, 2012, by NATIONAL CAPITAL MANAGEMENT, LLC, a Tennessee limited liability company ("NCM"), in favor of PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company ("PRA LLC").

### WITNESSETH:

WHEREAS, pursuant to that certain Asset Purchase Agreement dated as of November 21, 2012 (the "Asset Purchase Agreement"), NCM has agreed to sell, assign, transfer, convey and deliver to PRA LLC all right, title and interest in and to the Portfolio Assets, in accordance with and on and subject to the terms and conditions, representations and warranties set forth in the Asset Purchase Agreement; and

WHEREAS, capitalized terms not otherwise defined herein shall have the respective meanings given such terms in the Asset Purchase Agreement.

NOW, THEREFORE, in consideration of the premises, the mutual covenants and agreements contained in the Asset Purchase Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, NCM does hereby sell, assign, transfer, convey and deliver to PRA LLC, its successors and assigns, all right, title and interest in and to the Portfolio Assets, free and clear of all Liens.

TO HAVE AND TO HOLD the Portfolio Assets and all right, title and interest therein, unto PRA LLC, its successors and assigns, for their exclusive use and benefit forever.

This Bill of Sale and Assignment Instrument is made strictly upon the terms and conditions set forth in the Asset Purchase Agreement and without any additional warranties or undertakings (express or implied) other than as set forth herein or therein.

*[Remainder of page intentionally left blank - - signature page(s) follow]*

IN WITNESS WHEREOF, NCM has caused this Bill of Sale and Assignment Instrument to be duly executed and delivered as of the day and year first above written.

**NCM:**

NATIONAL CAPITAL MANAGEMENT, LLC, a Tennessee limited liability company

By: _____(SEAL)
Freeman A. Marr,
Chief Executive Officer

2